UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 1 7 2002

Michael N. Milby
Clerk of Court

ISRAEL HERNANDEZ-LEIJA,            )
CARLOS OMAR CALVILLO-LOPEZ,        )
JORGE RIVERA-PULVIDA,              )
JOSE ANTONIO ESPARZA, and          )
DIONICIO GRIMALDO-BARRIENTOS,      )
   In their own name and right,   )
   and on behalf of all others    )
   similarly situated,            )
                                   )
v.                                 )     C.A. No.  01-206
                                   )
E.M. TROMINSKI, INS DISTRICT       )
   DIRECTOR, and                  )
JOHN ASHCROFT, ATTORNEY            )
   GENERAL OF THE UNITED STATES. )
_____)

NOTICE OF FILING EXHIBIT "H" IN SUPPORT OF
IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

Petitioners, by and through the undersigned, file the instant Exhibit "H" in support of their pending motion for a preliminary injunction. Said exhibit consists of a declaration under penalty of perjury by (unnamed) class member Jose Espinoza-Frias. Said exhibit demonstrates as follows:

Mr. Espinoza is a lawful permanent resident, who was stopped at the Brownsville port of entry when applying for admission as a returning resident on December 28, 2001, because a small piece of peyote was found in his truck. He was paroled into the U.S. for prosecution. So far as he knew and believed when the declaration was prepared, no immigration charges had been filed against him, and he had not been given any immigration charging document. After he posted bond in the criminal case, he was transferred to PISPC, where he was detained, without bond, and without being informed that there was any way in which he could seek release.

It was only after he was given the number of the undersigned by class member Juan Esparza that Mr. Espinoza learned of the existence of parole under 8 U.S.C. §1182(d)(5), and the undersigned requested his release on January 15, 2002. The request for such parole was granted this morning, January 16, 2002. According to INS, a Notice To Appear before an Immigration Judge has been filed in his case, and he is in the process of being released, although the undersigned has not yet seen any of the documentation, other than the I-94 under which he was initially paroled for prosecution.

Respectfully Submitted,

Lisa S. Brodyaga, Attorney
17891 Landrum Park Road
San Benito, TX 78586
(956) 421-3226
(956) 421-3423 (fax)
Fed. ID. 1178
Texas Bar 03052800

Thelma O. Garcia, Attorney
301 E. Madison
Harlingen, TX 78550
(956) 425-3701
(956) 428-3731 (fax)

## CERTIFICATE OF SERVICE

I, Lisa S. Brodyaga, hereby certify that a copy of the foregoing, and of Exhibit H, was mailed to Lisa Putnam, SAUSA, P.O. Box 1711, Harlingen, Texas, 78551, this 15th day of January, 2002.



I, Jose Espinoza-Frias, hereby declare under penalty of perjury as follows:

I am a lawful permanent resident of The United States, and have resided here since approximately 1980. My wife is a lawful permanent resident of The United States. We have two children, ages twelve and sixteen, both born in The United States. My wife works in a hotel, as a housekeeper, and I am a construction worker. We are buying our home, and need to pay $400 a month for The mortgage. Both incomes are required to support The family. I have no prior criminal record except for a DWI, about four years ago, and a deportation for being here

J. E.

Page 1 of 5

illegally (or a voluntary departure, I'm not certain) before I became an LPR.

On or about December 28, 2001, I applied for admission as a returning resident at Brownsville, Texas, when a small piece of peyote was found in my truck. I was paroled into The US for prosecution by The State or (as I am now told by The Attorney) local authorities, I'm not sure which, and detained at The Cameron County Jail until December 31, 2001, when my wife paid a $1,000 bond.

J.E.

When I was detained, INS took my green card & drivers license, which were The only documents I had. They have not been returned.

page 2 of 5

On January 1, 2002, I was transferred to the "corralon" in Bayview, Texas, where I am still being held, without bond.

At no time has anyone, not from INS, or anywhere else, told me that there was any means of being released from INS custody. I obtained the name and telephone number of Attorney Lisa Brodyaga from Jose Antonio Esparza, whom she was able to get released last week.

At no time have I been served even with papers to go before an Immigration Judge, so I do not understand why I am being detained, or what I can do about it. To the contrary, when I was first detained,

Page 3 of 5

The INS official had told me that they were not going to put charges against me. He had given me my green card + license back, and I was already on my way to the truck when I guess they changed their minds, and called the local police to come get me. They sent me back to the Immigration Officers, who took my documents.

I thought that when I paid the $1,000 bond on the criminal charges, I would be released, and do not understand why I am being held here in Bayview, or what I can do about it.

The foregoing was prepared for me by Attorney Lisa Brodyaga, who translated it

Page 4 of 5

to me in Spanish, and is true and correct to the best of my knowledge and belief.

*Jose Espinoza* (signature)
Jose Espinoza Frias
1/15/02

I, Lisa Brodyaga, hereby declare that I am competent in English and Spanish, that I prepared the foregoing on the basis of the oral statements of the Declarant, translated it to him in Spanish, made appropriate interlineations, and that he then affirmed the truth of its contents, to the best of his knowledge and belief, and in witness thereof, did sign the same in my presence at PISPC, Bayview, Texas. This 15th day of January, 2002.

*Lisa S. Brodyaga* (signature)

Page 5 of 5

Departure Number

**610729781 09**

Immigration and
Naturalization Service

**I-94**
**Departure Record**

PAROLED until
Jan. 27, 2002
Purpose:
Prosecution

(Port)   (Date)   (Officer)
BRO  12/28/01  #1033

14 Family Name
ESPINOZA FRIAS

15 First (Given) Name
JOSE

16 Birth Date (Day/Mo/Yr)
05.07.63

17 Country of Citizenship
MEXICO

See Other Side    ENGLISH    STAPLE HERE

**Warning** - A nonimmigrant who accepts unauthorized employment is subject to deportation

**Important** - Retain this permit in your possession, *you must surrender it when you leave the U.S.* Failure to do so may delay your entry into the U.S. in the future.

You are authorized to stay in the U.S. only until the date written on this form. To remain past this date, without permission from immigration authorities, is a violation of the law

**Surrender this permit when you leave the U.S.**
- By sea or air, to the transportation line,
- Across the Canadian border, to a Canadian Official,
- Across the Mexican border, to a U.S. Official

Students planning to reenter the U.S. within 30 days to return to the same school, see "Arrival Departure" on page 2 of Form I-20 **prior to surrendering this permit.**

**Record of Changes**

Port:                                              **Departure Record**

Date:

Carrier:

Flight #/Ship Name:

For sale by the Superintendent of Documents, U.S. Government Printing Office
Washington, D.C. 20402