

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 1 8 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

ISRAEL HERNANDEZ-LEIJA            *
CARLOS OMAR CALVILLO-LOPEZ        *
JORGE RIVERA-PULVIDA              *
JOSE ANTONIO ESPARZA, and         *
DIONICIO GRIMALDO-BARRIENTOS      *
 In their own name and right,     *
 and on behalf of all others      *
 similarly situated               *
                                  *
            VS                    *   C.A. NO. B-01-206
                                  *
E.M. TROMINSKI, ET AL             *

## ORDER SETTING HEARING

A hearing is hereby set on Petitioners' Application for Temporary Restraining Order and Motion for Preliminary Injunction on Thursday, January 24, 2002, at 2:30 p.m.

The Respondents are hereby ORDERED to produce the below-named Petitioners, who are in custody at the INS Camp, Bayview, Texas, for said hearing.

        ISRAEL HERNANDEZ-LEIJA
        CARLOS OMAR CALVILLO-LOPEZ

        JORGE RIVERA-PULVIDA
        DIONICIO GRIMALDO-BARRIENTOS

    DONE at Brownsville, Texas, on 18th day of January 2002.

                        Felix Recio
            United States Magistrate Judge