10

```
COURTROOM MINUTES: Felix Recio Judge Presiding
                   Southern District of Texas, Brownsville Division

Courtroom Clerk    :    M Garcia
ERO                :    B Record
CSO                :    Haroldson
Law Clerk          :    R Byrd
Date               :    January 24, 2002 at 2:00 p.m.
```

United States District Court
Southern ... IS
FILED
JAN 24 2002
Michael N. Milby, Clerk of Court

---

CIVIL CASE NO. B-01-206

| | |
|---|---|
| Israel Hernandez-Leija | L Brodyaga/ T Garcia |
| Carlos Omar Calvillo-Lopez | " |
| Jorge Rivera-Pulvida | " |
| Jose Antonio Esparza and | " |
| Dionicio Grimaldo-Barrientos | " |

vs

E.M. Trominski et al           L Putnam
                               E Molina

---

## APPLICATION FOR TRO AND PRELIMINARY INJUNCTION

Petitioners present with attorneys Lisa Brodyaga and Thelma Garcia; Lisa Putnam and Ernesto Molina present for the Respondent;

Lisa Brodyaga announces ready and proceeds with arguments;
Counsel calls 1st witness Carlos Omar Calvillo-Lopez;
Witness sworn, states his legal status , states 2 prior convictions, and; states was arrested by immigration when returning into US from Mexico and was never advised of his rights;
Counsel passes the witness;

Witness cross-examined by E Molina; Witness excused;

Petitioner's atty T Garcia calls 2nd witness, Israel Hernandez-Leija;
Witness sworn, states is a permanent resident, states 1 prior felony conviction and states of his detention by immigration officials at the bridge; Witness passed;

Court recess for 15 minutes 3:50 p.m.;
Court resumes 4:10 p.m.;

Respondent's atty E Molina cross-examines;
Witness excused;

Petitioner's counsel Thelma Garcia calls 3rd witness, Jorge Rivera-Pulido (correction of name made on the record);
Witness sworn, states he was detained at the bridge by immigration officials;

Witness states was not advised of his rights; Witness passed;

Witness cross-examined by Counsel Molina; Witness excused;

Petitioner's counsel L Brodyaga calls 4th witness, Jose Antonio Esparza-Morales; Witness sworn, state is a legal resident, and states how he was detained at the bridge; Counsel passes the witness;

Witness cross-examined by E Molina; Witness excused;

Petitioner's atty L Brodyaga submits an affidavit to the Court;
Respondent's atty E Molina states objections;
The Court notes objections;

The Court addresses counsel as to the Herrera Case, which was remanded back to Judge Tagle;
The Court addresses issues of legal resident aliens;

The Court notifies counsel he will confer with law clerks and Judge Tagle;

Court adjourned 6:00 p.m.