United States District Court

JAN 24 2002

**AO 187 (Rev. 4/82)**

# EXHIBIT AND WITNESS LIST

| PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY | DISTRICT COURT Michael N. Milby, Clerk of Court |
|---|---|---|

vs.

| | | DOCKET NUMBER |
|---|---|---|
| | | TRIAL DATE(S) |

| PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|

| PRESIDING JUDGE | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.