```
 1            IN THE UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF TEXAS
 2                   BROWNSVILLE DIVISION

 3   _____
                                             )
     ISRAEL HERNANDEZ-LEIJA,                 )
 4   CARLOS OMAR CALVILLO-LOPEZ,             )
     JORGE RIVERA-PULIDO,                    )
 5   JOSE ANTONIO ESPARZA, AND               )
     DIONICIO GRIMALDO-BARRIENTOS            )
 6      In their own name and right,         )
     and on behalf of all others             )
 7   similarly situated                      )
                                             )
 8                                           ) CIVIL ACTION NO.
     VS.                                     ) B-01-206
 9                                           )
     E.M. TROMINSKI, ET AL                   )
10   _____)

11

12                          HEARING
              BEFORE THE HONORABLE FELIX RECIO
13                      JANUARY 24, 2002

14   APPEARANCES:

15   For the Plaintiff:      MRS. LISA BRODYAGA
                             Attorney at Law
16                           San Benito, Texas

17   For the Plaintiff:      MRS. THELMA GARCIA
                             Attorney at Law
18                           Harlingen, Texas

19   For the Defendant:      MRS. LISA PUTNAM
                             Attorney at Law
20                           Harlingen, Texas

21   For the Defendant:      MR. ERNESTO MOLINA, JR.
                             Attorney at Law
22                           Washington, D.C.

23   Transcribed by:         BRECK C. RECORD
                             Official Court Reporter
24                           600 E. Harrison, Box 16
                             Brownsville, Texas  78520
25                           (956)548-2510
```

United States District Court
Southern District of Texas
FILED

JAN 3 1 2002

Michael N. Milby
Clerk of Court

Captured and Transcribed by Computer - Eclipse