

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
JUN 1 3 2002
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| ISRAEL HERNANDEZ-LEIJA, et al ) | |
| ) | |
| v.  ) | C.A. No. 01-206 |
| ) | |
| E.M. TROMINSKI, et al, ) | |
| ) | |

**ORDER GRANTING UNOPPOSED MOTION FOR STATUS CONFERENCE**

Upon consideration of Petitioners' unopposed motion for a status conference in the instant action, and good cause appearing therefore, it is hereby:

**ORDERED** that said motion be, and the same hereby is, **GRANTED**.

**IT IS FURTHER ORDERED** that a status conference be conducted at 9:00 a. m., on the 19th day of June, 2002 in the Courtroom on the 2nd floor of the United States Courthouse, Brownsville, Texas.

**DONE** at Brownsville, Texas

this 13th day of June, 2002.

---
Felix Recio
Unnited States Magistrate Judge