28

COURTROOM MINUTES: Felix Recio Judge Presiding
                    Southern District of Texas, Brownsville Division

| | | | |
|---|---|---|---|
| Courtroom Clerk | : | M Garcia | |
| ERO | : | G Mendieta | |
| CSO | : | Salinas | |
| Law Clerk | : | R Byrd | |
| Date | : | June 19, 2002 at 09:10 a.m. | |

United States District Court
Southern District of Texas
FILED

JUN 1 9 2002

Michael N. Milby
Clerk of Court

---------------------------------------------------------------------

CIVIL CASE NO. B-01-cv-206

Israel Hernandez-Leija et al          *          L Brodyaga
                                      •          T Garcia
vs                                    *
                                      *
E.M. Trominski                        *          E Molina
---------------------------------------------------------------------

### STATUS CONFERENCE

L Brodyaga and T Garcia present for the Plaintiffs;
E Molina present for the defendant E.M. Trominski;

L Brodyaga addresses the Court trying to orient the Court on the status of this
case; Counsel introduces Mr Cerda, who is present in the Courtroom and states
Ms Cerda will be consolidated into this suit, if granted by the Court;
L Brodyaga states the Government never filed an answer to complaint;

The Court addresses counsel and states the Court has done extensive work on this
case and are close to preparing an R&R; The Court further states there is a case
pending with Judge Tagle (Loera-Guerrera), which has similar issues and claims;
The Court has requested to Judge Tagle that she transfer that case to this
Court, therefore handling both cases at the same time; The Court will be
granting the class-certification in this case and will make a finding that there
is a procedural due process violation when the Court prepares its
recommendation;

Court adjourned.