United States District Court
Southern District of Texas
FILED

JUL - 8 2002

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ISRAEL HERNANDEZ-LEIJA | § | CASE NO. CA-B-01-206 |
| | § | |
| VERSUS | § | BROWNSVILLE, TEXAS |
| | § | JUNE 13, 2002 |
| E.M. TROMINSKI, ET AL | § | 9:08 A.M. TO 9:31 A.M. |

### STATUS CONFERENCE

BEFORE THE HON. FELIX RECIO, UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For the Plaintiff:                        SEE NEXT PAGE

For the Defendant:                        SEE NEXT PAGE

Court Recorder:                           Gabriel Mendieta

PREPARED BY:

JUDICIAL TRANSCRIBERS OF TEXAS, INC.
P. O. Box 925674
Houston, Texas 77292-5675
(713) 697-4718
(713) 697-4722 (fax)

Proceedings recorded by electronic sound recording:
transcript produced by transcription service.