UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 0 7 2002

Michael N. Milby
Clerk of Court

ISRAEL HERNANDEZ-LEIJA, et al,    )
                                  )
v.                                )    C.A. No. B-01-206
                                  )
E.M. TROMINSKI, et al.            )
_____)


EXHIBIT "Q" IN SUPPORT OF

PETITIONER'S REPLY TO RESPONDENTS' OPPOSITION TO THEIR
(OPPOSED) MOTION FOR CLASS CERTIFICATION.


Respectfully Submitted,

/s/ Lisa S. Brodyaga

Lisa S. Brodyaga, Attorney          Thelma O. Garcia, Attorney
17891 Landrum Park Road             301 E. Madison
San Benito, TX 78586                Harlingen, TX 78550
(956) 421-3226                      (956) 425-3701
(956) 421-3423 (fax)                (956) 428-3731 (fax)
Fed. ID. 1178
Texas Bar 03052800

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing, and proposed order, were mailed to Ernesto Molina, Attorney, OIL, Box 878 Ben Franklin Sta. Wash. D.C. 20044, on this 7th day of November, 2002.

/s/

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ISRAEL HERNANDEZ-LEIJA, et al )
                              )
                              )
v.                            )     C.A. No.  01-206
                              )
                              )
E.M. TROMINSKI, et al,        )
_____)

EXHIBIT "Q" IN SUPPORT OF
PETITIONERS' OBJECTIONS TO MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

I, Jaime Diez, hereby declare under penalty of perjury as follows:

I am an attorney at law, licensed in the State of Texas. I represent Dionicio Grimaldo-Barrientos in his immigration proceedings. He is still detained at the Port Isabel Service Processing Center, ("PISPC"), at Los Fresnos, Texas.

After the BIA reopened proceedings, and remanded the case for a hearing on the merits of Mr. Grimaldo's request for relief under §212(c) of the Act, I made another request that he be granted parole, with or without a bond. That request was denied by letter dated September 12, 2002, a copy of which is attached hereto.

On November 6, 2002, we were again before Immigration Judge David Ayala. At that time, Judge Ayala ordered that Mr. Grimaldo be released on a bond of $2,500. INS reserved appeal. Judge Ayala also changed venue to Omaha, Nebraska, near where Mr. Grimaldo's family resides.

Mr. Grimaldo also has a sister who resides in the Rio Grande Valley, Herminia Robledo. On my advice, she took a cashier's check in the amount of $2,500 to PISPC, to post his bond. She later informed me that INS had refused to accept the check. I therefore

called the bond officer, who is also Mr. Grimaldo's deportation officer, and asked why they would not accept the bond. He informed me that a decision had been made to refuse the bond because INS had reserved appeal of the bond order. He also told me that there was nothing I could do about it.

However, I also checked with the Office of the Immigration Judge, and was advised that no Form EOIR-43 was filed yesterday, as required to trigger the automatic stay provisions of 8 C.F.R. §3.19(i)(2). I therefore consider that INS is without lawful authority to refuse to accept the bond.

Further Declarant sayeth not.


_____
Jaime Diez, Esq.
November 7, 2002



**U.S. Department of Justice**
Immigration and Naturalization Service

2102 Teege Ave
Harlingen, Texas 78550

September 12, 2002

Jaime Diaz
Jones and Crane
1025 North Texas, Palm Plaza # 8
P. O. Drawer 1045
Weslaco, Texas 78596

Mr. Diaz,

A careful review of the case of Dionicio Grimaldo-Barrientos, A# 34 646 445, was conducted. As part of this review, your request dated September 6, 2002 was taken into careful consideration. At this time your request for parole is denied. If any new facts become available, please feel free to resubmit this request with any new evidence.

Sincerely,

Charles R. Arendale
Acting Director of Detention and Removals
Harlingen Field Office
Harlingen, Texas

Cc: File
CRA/rca

U.S. DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
RT 3 BOX 341  BUENA VISTA DR
LOS FRESNOS, TX  78566

In the Matter of:                    Case No.: A34-646-445
GRIMALDO-BARRIENTOS, DIONICIO

                                     Docket: PORT ISABEL SERVICE PROCESSING CENTER

RESPONDENT                           IN REMOVAL PROCEEDINGS

CUSTODY ORDER OF THE IMMIGRATION JUDGE

Request having been made for a change in the custody status of the respondent
pursuant to 8 C.F.R. Part 236 and having considered the representations of the
Immigration and Naturalization Service and the respondent, it is HEREBY ORDERED
that:

The request for a change in the custody status of the respondent be granted and
that the respondent be released from custody upon posting a bond of      $2,500
(not less than $1,500) and the conditions of the bond remain unchanged.

                                     _____
                                     DAVID AYALA
                                     Immigration Judge
                                     Date: Nov 6, 2002

Appeal: WAIVED (A/I/B)
Appeal Due By:

---

CERTIFICATE OF SERVICE
THIS DOCUMENT WAS SERVED BY:  MAIL (M)  PERSONAL SERVICE (P)
TO: [ ] ALIEN  [ ] ALIEN c/o Custodial Officer  [ ] Alien's Atty/Rep  [ ] INS
DATE: 11/06/00   BY: COURT STAFF  _____
Attachments: [ ] EOIR-33  [ ] EOIR-28  [ ] Legal Services List  [ ] Other

---

Form EOIR J - 1T (Custody - REMOVAL)
GPI

U.S. DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
RT 3 BOX 341 BUENA VISTA DR
LOS FRESNOS, TX 78566

In the Matter of:  Case No.: A34-646-445
GRIMALDO-BARRIENTOS, DIONICIO

Docket: PORT ISABEL SERVICE PROCESSING CENTER

RESPONDENT

IN REMOVAL PROCEEDINGS

ORDER OF THE IMMIGRATION JUDGE

Upon due consideration of the Motion for Change of Venue filed in the above entitled matter, and having been satisfied that the non-moving party was accorded notice and an opportunity to respond, it is HEREBY ORDERED:

that venue is changed to _Omaha, Nebraska_

The Immigration Court having administrative control over this hearing location is

Alien's new address is 3620 NEWPORT AVE
                      OMAHA        NE 68112

Alien's new attorney/representative (if any) is
JAIME M. DIEZ, ESQ.

_David Ayala_
DAVID AYALA
Immigration Judge
Date: Nov 6, 2002

Appeal: WAIVED (A/I/B)
Appeal Due By:

---

CERTIFICATE OF SERVICE
THIS DOCUMENT WAS SERVED BY  MAIL (M)  PERSONAL SERVICE (P)
TO: [ ] ALIEN  [ ] ALIEN c/o Custodial Officer  [ ] Alien's ATT/REP  [ ] INS
DATE: 11/06/02  BY: COURT STAFF
Attachments:  [ ] EOIR-33  [ ] EOIR-28  [ ] Legal Services List  [ ] Other

---

Form EOIR 34 - 5I (COV)
GPI