UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 1 3 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| ISRAEL HERNANDEZ-LEIJA, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-01-206 |
| | § | |
| E.M. TROMINSKI, | § | |
| INS DISTRICT DIRECTOR, | § | |
| Respondent. | § | |

| | | |
|---|---|---|
| ANA PATRICIA CERDA-CARDENAS, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-02-109 |
| | § | |
| E.M. TROMINSKI, | § | |
| INS DISTRICT DIRECTOR, | § | |
| Respondent. | § | |

## ORDER

Before the Court is Petitioner's "Motion of Ana Patricia Cerda-Cardenas to be Joined as a Named Plaintiff in the Instant Action and to Consolidate with her Individual Petition" (Doc. # 20 in B-01-206). After due consideration, said motion is hereby GRANTED. Civil Action No. B-02-109 is hereby consolidated with B-01-206.

DONE at Brownsville, Texas this 12 day of Feb , 2003.

_____
Hilda Tagle
United States District Judge

38