```
                                              United States District Court
                                               Southern District of Texas
                                                        FILED
         UNITED STATES DISTRICT COURT
      FOR THE SOUTHERN DISTRICT OF TEXAS         OCT 2 7 2003
              BROWNSVILLE DIVISION
                                                 Michael N. Milby
                                                  Clerk of Court
```

ISRAEL HERNANDEZ-LEIJA, et al )
)
v.                            )     C.A. No. 01-206
)
E.M. TROMINSKI, et al,        )
_____)

## NOTICE OF APPEAL

Plaintiffs/Petitioners herein, through counsel, file their notice of appeal from the final judgment herein, dated September 10, 2003, denying their petitions for Writs of Habeas Corpus, and Class Action Complaint for Declaratory and Injunctive Relief.

Respectfully Submitted,



Lisa S. Brodyaga, Attorney          Thelma O. Garcia, Attorney
17891 Landrum Park Road             301 E. Madison
San Benito, TX 78586                Harlingen, TX 78550
(956) 421-3226                      (956) 425-3701
(956) 421-3423 (fax)                (956) 428-3731


## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was mailed to Ernesto Molina, Attorney, OIL, Box 878 Ben Franklin Sta. Wash. D.C. 20044, on this 27th day of October, 2003.